RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Thamrong Earl Hill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THAMRONG EARL HILL,<br><br>    Defendant. | Case No. 2:18-cr-00398-APG-NJK<br><br>ORDER FOR PREPARATION OF PRE-PLEA PRESENTENCE INVESTIGATION REPORT (PSR) |

  Defendant Thamrong Earl Hill requests the Court enter an order directing the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report (PSR) to determine the defendant's Criminal History.

  On December 11, 2018, Mr. Hill was charged in a three-count indictment with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g) and Unlawful Possession or Transfer of a Machine Gun in violation of 18 U.S.C. § 922(o). The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. Based on defense counsel's review of Mr. Hill's criminal record, there appear to be a number of issues with respect to how his prior convictions will be counted. To satisfy Mr. Hill's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as to whether to accept or reject a plea offer, he has requested that a Pre-Plea Presentence

Investigation Report be completed. Defense counsel has spoken with AUSA Kevin Schiff and he does not oppose this motion.

## Conclusion

For the foregoing reasons, Mr. Hill respectfully requests the Court order the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine his Criminal History Points and corresponding Criminal History Category.

DATED this 8th day of May, 2019.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kathryn C. Newman*
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Attorney for Thamrong Earl Hill

## ORDER

IT IS HEREBY ORDERED that the United States Department of Probation shall prepare a Pre-Plea Presentence Investigation Report (PSR) with respect to Defendant Thamrong Earl Hill's Criminal History Points and corresponding Criminal History Category.

UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2019