RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Thamrong Earl Hill

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THAMRONG EARL HILL,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00398-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Thamrong Earl Hill, that the Revocation Hearing currently scheduled on April 11, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　　Defense counsel requires additional time to speak to Mr. Hill and counsel him on his legal options.

2.　　The defendant is not in custody and agrees with the need for the continuance.

3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 5th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00398-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| THAMRONG EARL HILL, | |
| Defendant. | |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 11, 2023 at 2:30 p.m., be vacated and continued to <u>May 24, 2023</u> at the hour of <u>11:00 a</u>.m. in Courtroom 6C; or to a time and date convenient to the court.

  DATED this <u>6th</u> day of April, 2023.

                _____
                UNITED STATES DISTRICT JUDGE