RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Thamrong Earl Hill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THAMRONG EARL HILL,<br><br>    Defendant. | Case No. 2:18-cr-00398-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Thamrong Earl Hill, that the Revocation Hearing currently scheduled on February 21, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Mr. Thamrong still has not had any communication with his state attorney. As this revocation may impact his state case, the parties request additional time so he may consult with his state attorney.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 20th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THAMRONG EARL HILL,<br><br>　　　　Defendant. | Case No. 2:18-cr-00398-APG-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 21, 2024 at 9:30 a.m., be vacated and continued to <u>March 13, 2024</u> at the hour of <u>11:30 a</u>.m. in Courtroom 6C.

　　DATED this <u>21st</u> day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE